UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE D. ROUNDS, JR. ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> MATTHEW CATE, ) <br> Respondent. ) | No. EDCV 12-324-SVW (AGR) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: April 23, 2013

_____
STEPHEN V. WILSON
United States District Judge